**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| KERRY MILLER, | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:21-cv-10175 |
| v. | ) District Judge Gershwin A. Drain<br>) Mag. Judge R. Steven Whalen |
| GINA GETTEL, in her individual capacity, PERRY CURTIS, in his individual capacity W. MARK FONDREN, in his individual capacity, INTOXIMETERS, INC., JOHN DOE 1, in his individual capacity, JOHN DOE 2, in his individual capacity, and JOHN DOE 3 in his individual capacity, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**MARKO LAW, PLLC**
Jonathan R. Marko (P72450)
Zachary T. Runyan (P83671)
Attorney for Plaintiff
1300 Broadway Street, 5th Floor
Detroit, MI 48226
P: (313) 777-7529 / F: (313) 771-5785
jon@jmarkolaw.com

**MICHIGAN DEPARTMENT OF ATTORNEY GENERAL**
**STATE OPERATIONS DIVISION**
John G. Fedynsky (P65232)
Elizabeth M. Watza (P81129)
Attorneys for Defendants Gettel & Fondren
P.O. Box 30754
Lansing, MI 48909
P: (517) 335-7573
fedynskyj@michigan.gov
watzae@michigan.gov

**ARMSTRONG TEASDALE, LLP**
Richard L. Scheff
Attorneys for Defendant Intoximeters
2005 Market Street, 29th Floor
One Commerce Squire
Philadelphia, PA 19103
P: (267) 780-2000 / F: (215) 569-8228
rscheff@armstrongteasdale.com

**ARMSTRONG TEASDALE, LLP**
Jonathan R. Shulan, MO Bar #65426
Mikayla L. Travers, MO Bar #71211
Attorneys for Defendant Intoximeters
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
P: (314) 621-5070 / F: (314) 621-5065
jshulan@atllp.com
mtravers@atllp.com

1

| | |
|---|---|
| **MICHIGAN DEPARMENT OF ATTORNEY GENERAL** | **McGRAW MORRIS, P.C.** |
| Adam deBear (P80242) | G. Gus Morris (P32960) |
| Attorney for Defendant Curtis | Christopher J. Raiti (P68600) |
| P.O. Box 30754 | Attorney for Defendant Intoximeters |
| Lansing, MI 48909 | 2075 W. Big Beaver Road, Suite 750 |
| P: (517) 335-7573 | Troy, MI 48084 |
| debeara@michigan.gov | P: (248) 502-4000 |
| | gmorris@mcgrawmorris.com |
| | craiti@mcgrawmorris.com |

## STIPULATED ORDER TO EXCEED PAGE LIMITS TO PLAINTIFF'S RESPONSE TO DEFENDANTS GETTEL AND FONDREN'S MOTION TO DIMISS BY 3 PAGES

IT IS HEREBY STIPULATED by and between Plaintiff, Kerry Miller, and Defendants, Gina Gettel and W. Mark Fondren, through their respective counsel, that Plaintiff's Response to Defendants Gettel and Fondren's Motion to Dismiss may be exceeded by three pages.

Dated: May 4, 2021

                                            s/Gershwin A. Drain
                                            U. S. DISTRICT COURT JUDGE

| | |
|---|---|
| */s/ Zachary T. Runyan* | */s/ John G. Fedynsky w/consent* |
| ZACHARY T. RUNYAN (P83671) | JOHN G. FEDYNSKY (P65232) |
| Attorney for Plaintiff | Attorney for Defendants |
| | Gina Gettel & W. Mark Fondren |